CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/20/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEANNA R. HAMM, <br>     Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of <br> Social Security, <br><br>     Defendant. | CIVIL ACTION NO. 6:21-cv-22 <br><br> Judge Norman Moon <br><br> *[FILED Via ECF]* |

## JUDGMENT ORDER

AND NOW, this __20th__ day of __October__, 2021, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE